| | |
|---|---|
| JAMES D. BOYLE, ESQ.<br>Nevada Bar No. 08384<br>E-mail: jboyle@nevadafirm.com<br>COTTON, DRIGGS, WALCH,<br>HOLLEY, WOLOSON & THOMPSON<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Telephone:   702/791-0308<br>Facsimile:   702/791-1918 | KURT R. BONDS, ESQ.<br>Nevada Bar No. 06228<br>Email: kbonds@alversontaylor.com<br>ALVERSON, TAYLOR,<br>MORTENSEN & SANDERS<br>7401 W. Charleston Boulevard<br>Las Vegas, Nevada 89117<br>Telephone: 702/384-7000<br>Facsimile: 702/385-7000 |
| LARRY R. LAYCOCK, ESQ.<br>(*Pro Hac Vice*) Utah Bar No. 04868<br>MASCHOFF BRENNAN<br>201 South Main Street, Suite 600<br>Salt Lake City, Utah 84111<br>Telephone:   435/252-1360<br>Facsimile:   435/252-1361 | *Attorneys for Defendant Advanced Nutritional Performance, LLC* |

*Attorneys for Plaintiff Sundesa, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNDESA, LLC, a Utah limited liability company,<br><br>             Plaintiff,<br><br>       v.<br><br>ADVANCED NUTRITIONAL PERFORMANCE, LLC, a Delaware limited liability company,<br><br>             Defendant. | CASE NO.: 2:14-cv-00369-GMN-GWF<br><br>**STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT OF INFRINGEMENT AND ORDER FOR PERMANENT INJUNCTION** |

///

///

///

///

///

///

///

Pursuant to LR 6-2 and 7-1, Plaintiff Sundesa, LLC and Defendant Advanced Nutritional Performance, LLC hereby stipulate and respectfully move the Court for entry of the [Proposed] Consent Judgment of Infringement and Order of Permanent Injunction attached hereto as Exhibit A.

DATED this 9th day of June, 2014.

| | |
|---|---|
| **COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON** | **ALVERSON, TAYLOR, MORTENSEN & SANDERS** |
| /s/ James D. Boyle | /s/ Kurt R. Bonds |
| JAMES D. BOYLE, ESQ. | KURT R. BONDS, ESQ. |
| Nevada Bar No. 08384 | Nevada Bar No. 06228 |
| 400 South Fourth Street, Third Floor | 7401 W. Charleston Boulevard |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89117 |
| | *Attorneys for Defendant Advanced Nutritional Performance, LLC* |

**MASCHOFF BRENNAN**

LARRY R. LAYCOCK, ESQ.
(*Pro Hac Vice*) Utah Bar No. 04868
201 South Main Street, Suite 600
Salt Lake City, Utah 84111

*Attorneys for Plaintiff Sundesa, LLC*

## ORDER

**THE COURT HAVING READ** the foregoing Stipulated Motion for Entry of Consent Judgment of Infringement and Order for Permanent Injunction, and good cause appearing, hereby **GRANTS** said Motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall docket the attached Consent Judgment of Infringement and Order for Permanent Injunction.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**DATED** this 20th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court